[Nos. 23590-1-II; 24147-1-II.   Division Two.   November 19, 1999.]

SEA-KENT COLD STORAGE CORPORATION, ET AL., *Appellants*,
v. THE CITY OF PUYALLUP, *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 95-2-12971-0, Karen L. Strombom, J., entered June 26 and November 25, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23598-6-II.   Division Two.   November 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES AVELINO AQUINO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00138-8, Stephen M. Warning, J., entered July 14, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 23632-0-II.   Division Two.   November 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MICHAEL THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 98-1-00011-8, Joel M. Penoyar, J., entered August 10, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 23772-5-II.   Division Two.   November 19, 1999.]

WILLIAM WRIGHT, ET AL., *Appellants*, v. PIERCE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-09116-4, Thomas Felnagle, J., entered August 21, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.